UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAYBOURNE & DEAN CONSULTING, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL NO. SA-14-CA-918-OLG |
| v. | § | |
| | § | |
| METRICA, INC. and METRICA RELOCATIONS PLUS, INC., | § | |
| | § | |
| Defendants. | § | |

# ORDER

The identified motion referred to the undersigned having been addressed,[1]

**IT IS ORDERED** that this case is **RETURNED** to the District Judge.

**ORDERED, SIGNED** and **ENTERED** this 11th day of August, 2015.

_____
**PAMELA A. MATHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] See docket nos. 36, 41.